**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 22-CR-100-2** |
| | : | |
| | : | |
| **HANEEF VAUGHN** | : | |

<u>**DEFENDANT'S SENTENCING MEMORANDUM**</u>

Haneef Vaughn ("Mr. Vaughn") by his counsel undersigned, Rossman D. Thompson, Jr.,

Assistant Federal Defender, Federal Community Defender Office for the Eastern District of

Pennsylvania, submits this memorandum in mitigation of sentence for defendant in the above-

captioned case.   As the Court is aware, defendant's plea was entered pursuant to Federal Rule of

Criminal Procedure 11(c)(1)(C) which provides for a jointly recommended sentence of between

24 to 30 months; a period of supervised release not more than three years; a fine, if any, to be

determined by the Court; and a $100 special assessment.  The defense respectfully recommends

that the Court sentence defendant to a 24-month term of incarceration.

**I.      FACTUAL BACKGROUND AND PROCEUDRAL HISTORY**

As noted in the government's change of plea memorandum and the Presentence report

(PSR), from in or about May 1, 2020, through November 30, 2020, Mr. Vaughn was involved in

a conspiracy to purchase firearms which would be sold in Philadelphia, Pennsylvania. The object

of the conspiracy was to purchase guns in South Carolina and transport them to Philadelphia for

illegal resale.

Mr. Vaughn accepts full responsibility for his role in this offense and is remorseful for his

conduct in this case as he aware the guns transported to Philadelphia in this case were used to

commit crimes in the city where gun violence is at an all-time high. As noted in the PSR, Mr. Vaughn is responsible for the acquisition and sale of 47 firearms.

On March 17, 2022, a grand jury sitting in the Eastern District of Pennsylvania returned single count Indictment charging Mr. Vaughn with conspiracy to make false statements to a federal firearms licensee in violation of 18 U.S.C. §§ 371 and 922(a)(6). On September 20, 2022, Mr. Vaughn appeared before the Honorable Chad F. Kenney and pled guilty to Count One of the Indictment pursuant to a written plea agreement. As previously noted, defendant entered a Rule 11(c)(1)(C) agreement where the parties are recommending to the Court that defendant be sentenced within the range of 24 to 30 months.

## II.   MR. VAUGHN'S PERSONAL HISTORY AND PARTICIPATION IN THE OFFENSE

Mr. Vaughn, now age 26, was born into a loving family in Philadelphia, Pennsylvania. His parents Julian Wilson (age 43) and Ameenah Vaughn (age 44) have five children and all share a close relationship. Though his father was incarcerated for periods of his childhood and his mother was disabled and unable to work, his parents provided Mr. Vaughn and his siblings the basic necessities in a loving and nurturing environment. As his father was mostly absent from his life, Mr. Vaughn developed a close relationship with his mother's boyfriend Abbas Gray.  He is a role model to Mr. Vaughn as he is responsible for helping defendant develop into a star basketball player. As noted in the PSR, Mr. Vaughn has earned money as a professional basketball player and desires to continue his career when he is released from prison. Mr. Gray played college basketball, so he was the perfect motivator and mentor for Mr. Vaughn growing up. Constitution High School in Olde City Philadelphia recruited Mr. Vaughn, and Mr. Gray was able to develop defendant into a good player where he could obtain a college scholarship.

Defendant excelled at Constitution such that other coaches would scout him with a view towards helping him on the recruiting circuit.

After graduating from high school, Mr. Vaughn pursued his college degree on a basketball scholarship. While in college he met Destiny Mosely, who he began a relationship with. Eventually, the two had a son together: Haze Vaughn. Fatherhood immediately became a priority for Mr. Vaughn as he wants to be a good parent. Though he and Ms. Mosely never married, they share a strong co-parenting relationship. As noted in the PSR, Ms. Mosely was set to graduate in December of 2022 with a nursing degree. Haze is 17 months old and now wonders when he will see her father. Mr. Vaughn played basketball for three separate colleges, but when he transferred, he lost his scholarship. Thereafter he continued his studies and has completed three and a half years of college, with his last semester in 2020. By all accounts, Mr. Vaughn is an accomplished man with a lot of potential. This is true because he was playing semi-professional basketball, had several jobs on the side to make extra money, and was set to graduate from college.  Mr. Vaughn genuinely regrets the choices that have caused him to lose everything he worked for especially considering the positive impact he had on the community. Mr. Vaughn and those around him know he has untapped potential that can still be achieved.

Mr. Vaughn has a robust support system from his community who know and admire him. Those who know Mr. Vaughn recognize the potential he has from his intelligence, character, talent, and strong work ethic. His mother has offered to let him stay in her home when he is released from prison. She lives in a two-story, three-bedroom rowhome, where he would have his own space in a fully furnished basement. He is a man who enjoys strong community and family support. Letters submitted as part of this memorandum demonstrate that defendant comes from a good family and is not likely to violate the law when he returns to the community.

The first letter, attached to this memorandum as Exhibit A, was authored by associate minister Reverend Isiah J. Patrick. In his letter, Rev. Patrick describes how the two of them grew up together playing basketball. In his words, he "witnessed Haneef develop into a leader on and off the basketball court, an advocate against bullying, a friend to many and a brother to his teammates." He describes Mr. Vaughn as a great man who left a "positive impact [on him] and a plethora of others in [their] community and in [their] school." He believes Mr. Vaughn to be "destined for greatness. . . to be where he is from, to have accomplish[ed] what he has accomplished, proves that his destiny on an upward trajectory. This mistake should not define him[.]" Rev. Patrick paints a vivid picture of a young man with potential, who will not make the same mistake twice.

The second letter, attached to this memorandum as Exhibit B, was authored by his coach at Constitution High School, Samuel Edge. Mr. Edge describes Mr. Vaughn as a "very hard worker and held himself to a high standard as a freshman." He states that on the court, he was not one to ever give up. He saw "a kid who would always bet on himself to come out on top in any situation." He would inspire others and would even push the older players to play at their best. Mr. Edge noticed that once Mr. Vaughn set his sights on college, he focused in on that goal and achieved it. He further states that Mr. Vaughn was "always willing to help when possible, and a hilarious sense of humor he always kept things light and fun. . . to know him is to love him." Mr. Edge describes how he witnessed Mr. Vaughn tap into his potential and develop a strong work ethic.

The final letter, attached to this memorandum as Exhibit C, is from his aunt, Lisa McDowell, a newly retired police officer. She describes how she was an officer for 31 years and eight months, so she knows how damaging guns and gun violence can be to the community. She

knows Mr. Vaughn "to be an upstanding and gentle young man with a great love for his family . . ." Ms. McDowell believes her nephew has made a mistake that will never be repeated. He fully understands he has no margin of error as another poor decision will cause him to his liberty.

Mr. Vaughn is remorseful for his conduct in this case as he understands the damage that gun violence can inflict on someone's life. On March 26, 2022, somebody shot Mr. Vaughn in his right femur. The injury required doctors to surgically remove the bullet, install three screws into his femur, and insert 30 staples from his right leg to his buttocks to close the wound. Mr. Vaughn was wheelchair bound for a significant period, but as with all other obstacles in his life, he worked hard to overcome this setback.

Finally, Mr. Vaughn will allocute at sentencing how he went to school right next to the Federal Detention Center in Philadelphia ("FDC"), where he would walk by the institution every day; he explains that he never "in a million years" expected to end up living there. He accepts responsibility and is truly mortified having put himself in this position. He is plagued by the thought that his decisions have caused him to lose contact with his child in the same fashion as his father who was incarcerated during his formative years. Mr. Vaughn will tell the Court how the world was opening up and he was finally achieving his dream when COVID-19 put everything on hold. Since basketball was his main source of income, he had to make ends meet and find a steady paycheck to support his family. It was during this time that he made the decision to involve himself in the instant offense. He is keenly aware that   he must repay society for the harm has caused.

In the nearly eleven months since Mr. Vaughn's incarceration, he has not incurred any disciplinary infractions. Instead, he has spent his taking programs that will prepare him to return to the community as a productive member.

By all accounts, through Mr. Vaughn's hard work, family support, and determination, has enabled him to excel in the highly competitive field of athletics. He left good impressions on everyone he encountered. Mr. Vaughn recognizes that he made a serious mistake; he followed the lead of cousins that he grew up with instead of focusing on the path that he built for himself. He engaged in the offense conduct months after the global pandemic, COVID-19, shut down the world making it difficult for him to make money. He fully recognizes the harm that his decisions have caused him, loss of liberty and contact with his family.  His conduct jeopardized his career, and most importantly, his ability to be a father to his son. He recognizes that he has an opportunity to continue his basketball career and he is determined to maximize his potential when he is released from prison.

### III.    SENTENCING CONSIDERATIONS

A thorough consideration of the factors set forth in 18 U.S.C. § 3553(a) suggests that the most appropriate sentence in this case is a sentence of between 24 months to 30 months. The parties agree that a sentence in this range will satisfy the fundamental objectives of sentencing. The defense does not have any objections, corrections, or deletions to the PSR, and Mr. Vaughn has authorized counsel to represent in his papers that he is prepared to be sentenced consistent with the final report. He is motivated to turn his life around and to return to the community as a productive member. In that vein, Mr. Vaughn respectfully prays that this Court will sentence him to a 24-month term of incarceration. Mr. Vaughn's time at the Federal Detention Center has shown him first-hand the suffering associated with persons sentenced to lengthy prison sentences. He intends to live a law-abiding life when he is released from prison. As the Court is required to consider the sentencing guidelines and policy statements; a 24-month sentence would not create an unwarranted sentence disparity as the sentence would be in a range among

defendants with similar records who have been found guilty of similar conduct. Restitution is not an issue in this case.

WHEREFORE, the defense prays that the Court will accept the Rule 11(c)(1)(c) agreement and sentence defendant to a 24-month term of imprisonment.

Respectfully submitted,


*/s/ Rossman D. Thompson, Jr.*
ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender

7

## **CERTIFICATE OF SERVICE**

I, Rossman D. Thompson, Jr., Assistant Federal Defender, Federal Community Defender

Office for the Eastern District of Pennsylvania, hereby certify that I have filed and served a copy

of Defendant's Sentencing Memorandum, via electronically through Eastern District Clerk's

Office Electronic Case Filing ("ECF") and by electronic mail upon:


Mark S. Miller
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106.
Mark.Miller@usdoj.gov


Martin Howley
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106.
Martin.Howley@usdoj.gov


*/s/ Rossman D. Thompson, Jr.*
ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender

DATE:  February 21, 2023